```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE J02-0025--CV (RRB)
                "SOA V VESSEL PLAYER ET AL"

     Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
     Referral Rule:  4(11); 2
             Filed:  11/07/02
            Closed:  05/05/03

      Jurisdiction:  (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (120) Marine
                     28 USC 1333
            Origin:  (1) Original Proceeding
            Demand:  440
        Filing fee:  Paid $150.00 on 11/07/02 receipt # 10096620
          Trial by:
```

Parties of Record:                                  Counsel of Record:

PLF 1.1          ALASKA, STATE OF, DEPT OF          Daniel N. Branch
                 COMMUNITY & ECONOMIC DEVELOPMENT   Attorney General's Office
                                                    POB 110300
                                                    Juneau, AK 99811-0300
                                                    907-465-4136
                                                    FAX 907-465-2539

                                                    Michael A. Barnhill
                                                    Attorney General's Office
                                                    POB 110300
                                                    Juneau, AK 99811-0300
                                                    907-465-3600

                                                    Christopher C. Poag
                                                    Attorney General's Office
                                                    POB 110300
                                                    Juneau, AK 99811-0300
                                                    907-465-3600

DEF 1.1    [T]   PLAYER, VESSEL                     No counsel found for this party!

DEF 2.1          FEFELOV, NIKITA                    No counsel found for this party!

DEF 3.1          FEFELOV, CHRISTINA                 Christina Fefelov
                                                    Pro Per
                                                    POB 5111
                                                    Nikolaevsk, AK 99556
                                                    907-235-4237

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE J02-0025--CV (RRB)
                                 "SOA V VESSEL PLAYER ET AL"

                                       For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
     Referral Rule:  4(11); 2
             Filed: 11/07/02
            Closed: 05/05/03

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (120) Marine
                    28 USC 1333
            Origin: (1) Original Proceeding
            Demand: 440
        Filing fee: Paid $150.00 on 11/07/02 receipt # 10096620
          Trial by:


Document #   Filed     Docket text
                                                                                
      1 -  1 11/07/02  Complaint filed; Summons issued.

      2 -  1 11/07/02  PLF 1 motion for order authorizing clerk to issue in rem warrant for
                       arrest of vessel w/att affidavit.

      3 -  1 11/07/02  PLF 1 motion for order appointing substitute custodian and for expedited
                       consideration w/att affidavit.

      4 -  1 11/07/02  RRB Minute Order that case referred to MJ Pallenberg per MJ 4(11). cc:
                       cnsl, MJ Pallenberg, MJ CMC

      5 -  1 11/13/02  PMP Order granting motion for order authorizing clerk to issue in rem
                       warrant for arrest of (2-1). cc: cnsl, USM

      6 -  1 11/13/02  PMP Order granting motion for order appointing substitute custodian and
                       for expedited (3-1)consideration. cc: cnsl, USM

   NOTE -  1 11/14/02  Issued: WOA for vessel.

      7 -  1 11/19/02  RRB AMENDED Minute order that case referred to MJ Pallenberg per MJ Rule
                       4(11). cc: cnsl, MJ Pallenberg, MJ CMC

      8 -  1 11/27/02  USM Return of svc of in rem warrant & appt of substitute coustodian on
                       11/18/02 w/att exhs.

      9 -  1 12/09/02  USM Return of svc on notice of action and arrest on 12/5/02 re: proof of
                       publication in Daily News.

     10 -  1 12/17/02  PLF 1 Return of Service re: proof of publication re: arrest of vessel in
                       the Homer News on 12/5/02.

     11 -  1 12/30/02  USM Return of Service executed 12/23/03 re: DEF 2.

     12 -  1 01/03/03  USM Return of service of summons & complaint re D3 executed 12/29/02.

    12A-   1 01/07/03  PLF 1 Application (motion) for entry of default in rem w/att memorandum
                       and exhs.


ACRS: R_VDSDX              As of 12/19/05 at 09:26 AM by GARRY                          Page 1
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE J02-0025--CV (RRB)
                            "SOA V VESSEL PLAYER ET AL"

                               For all filing dates


 Document #    Filed       Docket text

   12B-   1    01/07/03    PLF 1 Application [Motion] for entry of defaults in personam w/att exh.

   13 -   1    01/09/03    (VACATED PER #14) PMP Minute Order re proof of service is lacking as to
                           D2; pltf to file proof of service on defs already served. cc: cnsl

   14 -   1    01/24/03    PMP Minute Order vacating order issued 12/30/02 at #13. cc: cnsl

   15 -   1    01/29/03    Clerk's Notice granting motion for entry of default in rem (12A-1). cc:
                           cnsl, USM, MJ CMC

   16 -   1    01/29/03    Clerk's Notice granting motion for entry of defaults in personam (12B).
                           cc: cnsl, USM, MJ CMC

   17 -   1    02/14/03    PLF 1 motion for default judgment in rem and for order of sale w/att
                           affidavit.

   18 -   1    02/21/03    RRB Default Judgment In Rem. Judgment is entered against the vessel
                           Player in the principal amount of $263,139.36, plus interest at 10.5%
                           from 10/1/96 to 2/16/03, in the amt of $177,543.89, plus late fees of
                           $6,694.46, plus USM fees of $5,150.00, plus reasonable attorney fees
                           thru 12/31/02 in the amt of $1,264.64, plus custodian, moorage & renewal
                           fees in the mount of $1,848.64 for a total of $455,640.99.  Daily
                           interest is $76.75 for each day beginning 2/16/03 thru the date the
                           proceeds of sale are disbursed to the SOA.  Atty Fees to accrue from
                           12/31/02.  SOA be allowed to include additional interest; marshal fees;
                           custodial fees & costs for maintenance; presentation and sale of the
                           vessel and attorney fees & costs from 12/31/02 through the conclustion
                           of the foreclosure and sale proceedings herein. cc: cnsl, USM, O&J File,
                           MJ Pallenberg

   19 -   1    02/21/03    RRB Order granting for order of sale (17-1).  cc: cnsl, US Marshal,
                           Finance, MJ Pallenberg

   20 -   1    03/28/03    USM Return on Sale ov Vessel PLAYER for $53,000.00 paid in full 3/27/03.

   20A-   1    03/28/03    PLF 1 motion for confirmation of sale of vessel w/att exh.

   20B-   1    03/28/03    PLF 1 motion for disbursal of sale proceeds.

   21 -   1    04/01/03    USM Return of svc of publication of notice of sale of vessel in
                           Anchorage Daily News on 3/14-3/17/03.

   22 -   1    04/09/03    RRB Order granting motion for confirmation of sale of vessel (20A-1).
                           The sale of the vessel Player to the SO by bid for $53,000.00 is
                           confirmed.  The USM is directed to issue an appropriate Bill of Sale &
                           transfer custody of the vessel to the SOA.  cc: cnsl, USM, MJ Pallenberg

   23 -   1    04/09/03    RRB Order granting motion for disbursal of sale proceeds in the amount
                           of $53,000.00 (20B-1).  The Clerk of Court is directed to disburse the
                           balance of the sale proceeds of $53,000.00 to the State of Alaska.  cc:
                           cnsl, USM, MJ Pallenberg, Finance

   24 -   1    04/21/03    USM Return of svc re: release of vessel on 4/9/03.

   25 -   1    04/21/03    PLF 1 motion for entry of deficiency judgmnent w/att memo, affs and
                           exhs.

 ACRS: R_VDSDX              As of 12/19/05 at 09:26 AM by GARRY                           Page 2
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE J02-0025--CV (RRB)
                                    "SOA V VESSEL PLAYER ET AL"

                                       For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 26 - 1 | 05/05/03 | RRB Judgment granting motion for entry of deficiency judgmnent (25-1) in personam against defs D2&D3 in the amt of $383,786.01 plus int at $70.33 per day from 5/1/03 to this date, plus post-jmt int per 28:1961. cc: cnsl, MJ Pallenberg, O&J |
| 27 - 1 | 06/26/03 | PLF 1 Application re: Writ of Execution re: DEF 2. |
| 28 - 1 | 06/26/03 | PLF 1 Creditor's Affidavit. |
| 29 - 1 | 06/26/03 | PLF 1 Application re: Writ of Execution re: DEF 3. |
| 30 - 1 | 06/26/03 | PLF 1 Creditor's Affidavit. |
| NOTE - 2 | 06/27/03 | Issued: writ of execution re: DEF 2. |
| NOTE - 3 | 06/27/03 | Issued: Writ of Execution re: DEF 3. |
| 31 - 1 | 10/08/03 | PLF 1 Application re: Writ of Execution/Garnishment re: Def 3. |
| NOTE - 4 | 10/14/03 | Issued: Writ of execution re: Def 3. |
| 32 - 1 | 11/07/03 | USM Return of svc of garnishment paperwork to Job Ready Inc. re: DEF 3 on 11/6/03. |
| 33 - 1 | 11/12/03 | DEF 3 Employer Job Ready Inc response to of execution for garnishment of earnings. |
| 34 - 1 | 11/18/03 | DEF 3 Claim of exemption from garnishment. |
| 35 - 1 | 11/18/03 | USM Return of svc of debtor's pkg re: writ of garnishment re: DEF 3 on 11/12/03. |
| 36 - 1 | 01/23/04 | RRB Minute Order that pursuant to D.Ak.LMR 2, matter pertaining to enforcing a judgment are referred to MJ Pallenberg. cc: cnsl, MJ Pallenberg |
| 37 - 1 | 01/26/04 | USM Return of svc on writ of execution re: DEF 3 executed on 7/14/03 no funds. |
| 38 - 1 | 01/27/04 | PMP Minute Order re hrg re D-3 request for claim of exemptions (34-1) set for 2/19/04 at 9:00 a.m. cc: cnsl |
| 39 - 1 | 02/04/04 | PLF 1 Attorney Appearance by M. Barnhill. |
| 40 - 1 | 02/05/04 | PMP Minute Order re hrg on claim of exemptions prev set for 2/19/04 is RESET for 3/11/04 at 10:00 a.m. cc: cnsl |
| 41 - 1 | 03/10/04 | PLF 1 Attorney Appearance by C. Poag. |
| 42 - 1 | 03/12/04 | PMP Court Minutes [ECR: Keitha Kolvig] re: hrg on claim of exemption (held 2/11/04): claim of exemption denied. cc: cnsl, plf, Judge |
| 43 - 1 | 03/17/04 | PLF 1 motion for release of funds. |
| 44 - 1 | 03/26/04 | PMP Order granting motion for release of $1,355.88 of funds. (43-1) cc: AG, def, Finance, Judge Beistline |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE J02-0025--CV (RRB)
                              "SOA V VESSEL PLAYER ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 45 - 1 | 06/21/04 | PLF 1 motion for release of funds. |
| 46 - 1 | 06/23/04 | PMP Order granting motion for release of funds. (45-1) cc: cnsl, def, Judge Beistline, Finance |
| 47 - 1 | 01/26/05 | PLF 1 motion for release of $322.32 in registry funds. |
| 48 - 1 | 01/28/05 | PMP Order granting motion for release of $322.32 (47-1). cc: cnsl, Finance |