DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Christopher C. Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9807039

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, DEPARTMENT )
OF COMMUNITY AND ECONOMIC )    IN ADMIRALTY
DEVELOPMENT, DIVISION OF )
INVESTMENTS, )    Case No. J02-025CV (RRB)
)
       Plaintiff )
v. )
)
PLAYER, Official Number 1032816, )
In Rem; NIKITA FEFELOV AND )
CHRISTINA FEFELOV A.K.A )
CHRISTINA NICOLE FEFELOV )
)
      Defendants. )
_____ )

**MOTION FOR RELEASE OF FUNDS**

    The State of Alaska, Department of Community and Economic

Development, Division of Investments on October 14, 2003 obtained a writ of

execution for garnishment of wages against the Defendant Christina Fefelov a.k.a.

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

Christina Nicole Fefelov. As of August 15, 2006 the court is holding garnishments in the total amount of $152.79. The Plaintiff requests that the check in the amount of $152.79 be released to State of Alaska, Department of Law, P.O. Box 110300, Juneau Alaska, 99811, Attn: Anne-Marie Palumbo.

DATED this 15th day of August 2006

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____

Christopher C. Poag
Assistant Attorney General

Motion To Release Funds

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Christopher C. Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9807039

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT ) OF COMMUNITY AND ECONOMIC ) DEVELOPMENT, DIVISION OF ) INVESTMENTS, ) ) Plaintiff ) v. ) ) PLAYER, Official Number 1032816, ) In Rem; NIKITA FEFELOV AND ) CHRISTINA FEFELOV A.K.A ) CHRISTINA NICOLE FEFELOV ) ) Defendants. ) _____ ) | IN ADMIRALTY Case No. J02-025CV (RRB) |

## ORDER TO RELEASE FUNDS

This matter has come before the Court upon motion of the State of

Alaska, to release funds in the amount of $152.79 from the garnishment of Defendant,

Christina Fefelov a.k.a Christina Nicole Fefelov's wages.

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

1

2          THEREFORE, IT IS ORDERED that the Clerk of Court release the a check

3   in the amount of $152.79 to:

4          State of Alaska
5          Department of Law
           P.O. Box 110300
6          Juneau Alaska, 99811
           Attn: Anne-Marie Palumbo
7

8          DATED this _____ day of _____, 2006, at _____,

9
10  Alaska.

11                          _____
                            United States Magistrate Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600