DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Christopher C. Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9807039

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF INVESTMENTS,<br><br>         Plaintiff<br>v.<br><br>PLAYER, Official Number 1032816, In Rem; NIKITA FEFELOV AND CHRISTINA FEFELOV A.K.A CHRISTINA NICOLE FEFELOV<br><br>         Defendants. | IN ADMIRALTY<br><br>Case No. J02-025CV (RRB) |

**ORDER TO RELEASE FUNDS**

This matter has come before the Court upon motion of the State of Alaska, to release funds in the amount of $152.79 from the garnishment of Defendant, Christina Fefelov a.k.a Christina Nicole Fefelov's wages.

ORDER TO RELEASE FUNDS                                                                 Page 1

THEREFORE, IT IS ORDERED that the Clerk of Court release the a check in the amount of $152.79 to:

State of Alaska
Department of Law
P.O. Box 110300
Juneau Alaska, 99811
Attn: Anne-Marie Palumbo

DATED this __8__ day of __December__, 2006, at _____, Alaska.

RALPH R. BESITLINE
U.S. District Judge

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

ORDER TO RELEASE FUNDS                                         Page 2