TALIS J. COLBERG
ATTORNEY GENERAL

Christopher C. Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9807039

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF INVESTMENTS,<br><br>    Plaintiff<br><br>v.<br><br>PLAYER, Official Number 1032816, In Rem; NIKITA FEFELOV AND CHRISTINA FEFELOV A.K.A. CHRISTINA NICOLE FEFELOV In Personam,<br><br>    Defendants. | IN ADMIRALTY<br><br>Case No. J02-025CV (RRB)<br><br><br><br>AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION |

STATE OF ALASKA    )
    ) ss.
FIRST JUDICIAL DISTRICT    )

Chris Poag, being on oath, deposes and says:

1.   This court entered a Deficiency Judgment for $ 383,786.01 on May 4, 2003, in this action, in favor of the State of Alaska as Judgment Creditor (Plaintiff) and against Christina Fefelov a.k.a.Christina Nicole Fefelov and Nikita Fefelov as Judgment Debtors (Defendants).

2.   I am an Assistant Attorney General for the Office of the Attorney General, represent the Plaintiff in this matter, and request issuance of a Writ of Execution on the judgment.

3.   The Judgment Debtors, Christina Fefelov a.k.a.Christina Nicole Fefelov and Nikita Fefelov were not represented by counsel.

4.   The judgment entered was a default judgment.

5.   Interest has ACCRUED since the entry of judgment as follows:

$ 1,042.53 accrued pre-judgment interest, computed at 10.5%; and

$ 18,648.72 accrued post-judgment interest, computed at 1.25%.

6.   The Following payments have been made toward this judgment:

$ 6,207.68 in the form of an EXXON Valdez Oil Spill (EVOS) assignments.

$ 7,924.24 in the form of PFD assignments.

$ 2,638.24 in the form of wage garnishments.

7.   $ 386,707.10 is DUE on this date. This total is the amount of the original judgment as entered plus the pre-judgment and post-

AFFIDAVIT AND REQUEST FOR
ISSUANCE OF WRIT OF EXECUTION                                                                                             Page 2

judgment interest accrued. Interest will continue to accrue at 1.25% per annum, in the amount of $13.24 PER day, from this date.

DATED this 21st day of March, 2007.

TALIS J. COLBERG
ATTORNEY GENERAL

By: _____
Chris Poag
Assistant Attorney General

SUBSCRIBED and SWORN to before me this 21st day of March, 2007, at Juneau, Alaska.

_____

STATE OF ALASKA
OFFICIAL SEAL
Anne-Marie
NOTARY PUBLIC
My Commission Expires w/ office

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

AFFIDAVIT AND REQUEST FOR
ISSUANCE OF WRIT OF EXECUTION

Page 3