IN THE U.S. DISTRICT/~~SUPERIOR~~ COURT FOR THE STATE OF ALASKA
AT ~~XXXXXX~~

State of Alaska, DC, CED

)
)
)
)                    Plaintiff(s),
)
vs.
)
Player, ON. 1032816 In Rem; Nikita
)
Fefelov and Christina Fefelov AKA Christina
)
Nicole Fefelov In Personam
)         CASE NO. J02-025 CV (RRB)
)                    Defendant(s).
)
)         CREDITOR'S AFFIDAVIT

I, __Chris Poag__ upon oath or affirmation and under
       (judgment creditor)
penalty of perjury, state as follows:
I have obtained a judgment against __Nikita Fefelov and Christina Fefelov__
in the total amount of $ __383,786.01__ .           (judgment debtor)

I ☒ will attempt ☐ have attempted to satisfy the judgment by levying against the
following property, which I believe is not exempt and is <u>not</u> property of a type subject to value
limitations under AS 09.38.020:
Description of Property

Proceeds from the sale of debtors IFQ in the posession of,
or to be in the posession of the brokerage firm of Alaska Boats
and permits, P.O. Box 505, Homer AK 99603 OR 3939 Lake str, in
Homer AK 99603.

I believe the above listed property is not exempt for the following factual reasons:
The sale proceeds from IFQ do not qualify for an exemption
under the Alaska Exemptions Act. AS 09.38

3-21-07
Date

Creditor's Signature

Chris Poag
Creditor's Name (please print)

PO Box 110300     Juneau     AK     99811
Mailing Address    City    State    ZIP

Subscribed and sworn to or affirmed before me at __Juneau AK__, Alaska
on __3/21/07__
   (date)

(SEAL) STATE OF ALASKA
OFFICIAL SEAL
Anne-Marie Palumbo
NOTARY PUBLIC
My Commission Expires w/ commiss

Clerk of Court, Notary Public, or other
person authorized to administer oaths.
My commission expires w/ commission

CIV-505 (3/87)(st.3)
CREDITOR'S AFFIDAVIT

AS 09.38.080(b)