TALIS J. COLBERG
ATTORNEY GENERAL

Christopher C. Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9807039

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, DEPARTMENT )
OF COMMUNITY AND ECONOMIC ) IN ADMIRALTY
DEVELOPMENT, DIVISION OF )
INVESTMENTS, ) Case No. J02-025CV (RRB)
)
  Plaintiff )
)
v. )
)
PLAYER, Official Number 1032816, )
In Rem; NIKITA FEFELOV AND )
CHRISTINA FEFELOV A.K.A. )
CHRISTINA NICOLE FEFELOV ) WRIT OF EXECUTION
In Personam, )
)
  Defendants. )
_____ )

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On May 4, 2003, this court entered a judgment in favor of the State of

Alaska as Judgment Creditor, and against Christina Fefelov a.k.a.Christina Nicole

AFFIDAVIT AND REQUEST FOR
ISSUANCE OF WRIT OF EXECUTION                                        Page 1

Fefelov and Nikita Fefelov as Judgment Debtors on the first promissory note, for

$ 241,139.36 principal;
$ 2,358.20 attorneys fees;
$ 175,683.49 interest;
$ 17,604.96 costs;
Less $ 53,000 bid price of the PLAYER;
for a total amount of $ 383,786.01  JUDGMENT AS ENTERED.

WHEREAS, according to an affidavit filed herein, it appears that further sums have accrued since the entry of judgment as follows:

$ 1,042.53 accrued pre-judgment interest, computed at 10.5%; and

$ 18,648.72 accrued post-judgment interest, computed at 1.25%.

The Following payments have been made toward this judgment:

$ 6,207.68 in the form of an EXXON Valdez Oil Spill (EVOS) assignments.

$ 7,924.24 in the form of PFD assignments.

$ 2,638.24 in the form of wage garnishments.

$ 386,707.10 DUE ON March 21, 2007, the date of the request for issuance of this writ, of which $ 386,707.10 is due on the judgment as entered, and bears interest at 1.25% per annum in the amount of $ 13.24 PER DAY, from the date of the request for issuance of this writ, which must be added to the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon, seize and take into execution the

AFFIDAVIT AND REQUEST FOR
ISSUANCE OF WRIT OF EXECUTION                                                       Page 2

proceeds from the sale of the debtors' Individual Fishing Quotas (IFQs) that is sufficient, subject to execution, to satisfy the judgment, interest, and costs and then sell the property according to law; and if sufficient personal property cannot be found, then you are further commanded to realize the amount of the judgment, interest, and costs out of their real property.

The lien shall continue until the total amount taken from the debtor's earnings equals the total amount due above.

DATED _____                          IDA ROMACK,
                                          CLERK OF COURT

[SEAL]                                    By: _____
                                              Deputy Clerk

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

AFFIDAVIT AND REQUEST FOR
ISSUANCE OF WRIT OF EXECUTION