IN THE U.S. DISTRICT/~~SUPERIOR~~ COURT FOR THE STATE OF ALASKA ~~AT /////////~~

State of Alaska, DCED )
)
)
)
                                Plaintiff(s), )
   vs. )
)
Player, O.N. 1032816, In Rem; )
Nikita Fefelov and Christina Fefelov )  CASE NO. J02-025 CI
a.k.a Christina Nicole Fefelov  Defendant(s). )
In Personam )
_____ )  NOTICE OF TERMINATION OF
Debtor Information If Writ Was Served on PFD by Cert. Mail ) WRIT OF EXECUTION
Debtor's Full Name _____ )
DOB: _____ SSN _____ )

You are hereby notified that the writ of execution, dated __April 4, 2007__, is terminated for the following reason:

☐ The underlying judgment is vacated.
☐ The underlying judgment has been modified.
☐ The underlying judgment is satisfied in full.
☐ The judgment creditor has requested dismissal of the writ of execution.
☐ The underlying judgment has been stayed by reason of a filing of a petition or order in bankruptcy.
☒ Other: __The judment creditor is requesting the dismissal of the writ, in order to file a separate writ to seize property held by the Restricted Access Management Program__

CLERK OF COURT

_____        BY: _____
    Date                        Deputy Clerk

I certify that on _____,
a copy of this notice was sent to:
  debtor/atty: _____
  creditor/atty: _____
  garnishee or person in possession of the
    property: _____
  process server if writ is still out-
    standing: _____

Clerk: _____

CIV-542 (12/92)(st.4)
NOTICE OF TERMINATION OF
WRIT OF EXECUTION

AS 09.38.035(a)
11 USC § 362