TALIS J. COLBERG
ATTORNEY GENERAL

Christopher C. Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9807039

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF INVESTMENTS,<br><br>Plaintiff<br><br>v.<br><br>PLAYER, Official Number 1032816, In Rem; NIKITA FEFELOV AND CHRISTINA FEFELOV A.K.A. CHRISTINA NICOLE FEFELOV In Personam,<br><br>Defendants. | IN ADMIRALTY<br><br>Case No. J02-025CV (RRB)<br><br><br><br><br>WRIT OF EXECUTION |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On May 4, 2003, this court entered a judgment in favor of the State of

Alaska as Judgment Creditor, and against Christina Fefelov a.k.a. Christina Nicole

WRIT OF EXECUTION                                                                                  Page 1

Fefelov and Nikita Fefelov as Judgment Debtors on the first promissory note, for

$ 241,139.36 principal;
$ 2,358.20 attorneys fees;
$ 175,683.49 interest;
$ 17,604.96 costs;
Less $ 53,000 bid price of the PLAYER;
for a total amount of $ 383,786.01 JUDGMENT AS ENTERED.

WHEREAS, according to an affidavit filed herein, it appears that further sums have accrued since the entry of judgment as follows:

$ 1,042.53 accrued pre-judgment interest, computed at 10.5%; and

$ 18,846.27 accrued post-judgment interest, computed at 1.25%.

The Following payments have been made toward this judgment:

$ 6,207.68 in the form of an EXXON Valdez Oil Spill (EVOS) assignments.

$ 7,924.24 in the form of PFD assignments.

$ 2,638.24 in the form of wage garnishments.

$ 386,904.65 DUE ON April 5, 2007, the date of the request for issuance of this writ, of which $ 386,904.65 is due on the judgment as entered, and bears interest at 1.25% per annum in the amount of $ 13.25 PER DAY, from the date of the request for issuance of this writ, which must be added to the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon, seize debtor Nikita Fefelov's

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

Individual Fishing Quotas (IFQs) that are sufficient, subject to execution, to satisfy the judgment, interest, and costs and then sell the property according to law. Debtor Nikita Fefelov's IFQs are located with Tracy Buck, Acting Administrator, National Marine Fisheries Service, Restricted Access Management Program (RAM), at 709 West 9th Street Juneau AK 99802 Room 713. Debtor Nikita Fefelov's IFQs are to be transferred to the U.S. Marshal and held in the U.S. Marshal's safe until the execution sale date. If sufficient personal property cannot be found, then you are further commanded to realize the amount of the judgment, interests, and costs out of the debtors real property.

DATED _____

IDA ROMACK,
CLERK OF COURT

[SEAL]

By: _____
Deputy Clerk