IN THE ~~DISTRICT/SUPERIOR~~ U.S. COURT FOR THE STATE OF ALASKA
AT / / / / / / / / / /

State of Alaska, DCCED

                       Plaintiff(s),

vs.

Player, O.N. 1032816 In Rem; Nikita Fefelov and Christina Fefelov, a.k.a Christina Nicole Fefelov In Personam
                       Defendant(s).

CASE NO. J02-025 CV (RRB)

**CREDITOR'S AFFIDAVIT**

I, Chris Poag (judgment creditor) upon oath or affirmation and under penalty of perjury, state as follows:

I have obtained a judgment against Nikita Fefelov (judgment debtor) in the total amount of $ 383,786.01.

I ☒ will attempt ☐ have attempted to satisfy the judgment by levying against the following property, which I believe is not exempt and is **not** property of a type subject to value limitations under AS 09.38.020:

Description of Property

Individual Fishing Quotas in the possession of Restricted Access Management Program, National Marine Fisheries Service, 709 W 9th Street Juneau AK 99802

I believe the above listed property is not exempt for the following factual reasons:

The Individual Fishing Quota do not qualify for an exemption under the Alaska exemptions Act. AS 09.38.

3/5/07
Date

Creditor's Signature

Chris Poag, Assistant Attorney General
Creditor's Name (please print)

PO Box 110300    Juneau    AK    99811
Mailing Address    City    State    ZIP

Subscribed and sworn to or affirmed before me at Juneau, Alaska on 3/5/07 (date).

(SEAL) STATE OF ALASKA OFFICIAL SEAL
Anne-Marie Palumbo
NOTARY PUBLIC
My Commission Expires w/ office

Clerk of Court, Notary Public, or other person authorized to administer oaths.
My commission expires w/ office

CIV-505 (3/87)(st.3)
CREDITOR'S AFFIDAVIT

AS 09.38.080(b)