U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| State of Alaska | J02-025 cv (rrB) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Nikita Fefelov; Player O.N 1032816 | Service of Writ |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Tracy Buck, Acting Administrator, NMFS, RAM program

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 709 West 9th Street Juneau AK 99802 Rm 713 7th floor

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Chris Poag, AAG
PO Box 110300
Juneau AK 99811

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

RECEIVED
MAY 10 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve writ on Tracy Buck and
To take into custody all IFQs belonging to Nikita Fefelov
Tax id # REDACTED    REDACTED  -50-    REDACTED

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 465-2412
DATE: 5/4/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: ()
District to Serve No.: ()
Signature of Authorized USMS Deputy or Clerk
Date: 5/4/07

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 5/8/07
Time: 0830 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $270 | 518.25 | | $788.25 | | | |

REMARKS: $45 per hour x 6 = $270
Certificate being held in USMS vault.

PRIOR EDITIONS MAY BE USED     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF INVESTMENTS,<br><br>      Plaintiff<br>v.<br><br>PLAYER, O.N. 1032816, In Rem; NIKITA FEFELOV AND CHRISTINA FEFELOV A.K.A. CHRISTINA NICOLE FEFELOV In Personam,<br><br>      Defendants. | IN ADMIRALTY<br><br>Case No. J02-025CV (RRB) |

**NOTICE OF LEVY BY A COURT WRIT**

To: **Tracy Buck,** Acting Administrator, National Marine Fisheries Service, Restricted Access Management Program

YOU ARE HEREBY NOTIFIED that all Individual fishing Quotas (IFQs) in your possession or under your control belonging to: Nikita Fefelov, **Tax ID#:** **REDACTED**  **REDACTED**  **REDACTED**  **REDACTED** exceeding the sum of $ **386,904.65** **(plus service fee)** is hereby levied upon by the attached Writ of Execution. Do not release said IFQs to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09.40.060.

Date: _____

Amount of Writ: $_____

Service Fee: $_____

Interest: $_____

Total Due: $_____

RANDY M. JOHNSON
United States Marshal
District of Alaska
222 West 7th Avenue #28
Anchorage, Alaska  99513
(907) 271-5154

By: _ANDREW ARNOLD_ /s/ DUSM
Deputy U.S. Marshal

CASE NO: J02-025 CIV

## RESPONSE TO LEVY

To United States Marshal:

You are notified that the Division of Restricted Access Management does have Individual Fishing Quotas belonging to Nikita Fefelov, Tax ID#: REDACTED    REDACTED    REDACTED

SSN:    REDACTED    cribed as follows:

31,278 shares of species 710, Area CG, Vessel Category C, Quota Share Group 6286, Blocked B, Fish Down Y, serial numbers 76,028,721 - 76,059,998.

Pursuant to the notice of levy and writ of execution served upon RAM by the United States Marshal on May 8, 2007, all 31,278 shares of quota belonging to Nikita Fefelov, as described above, are being transferred to the United States Marshal, District of Alaska. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: 5/8/07           SIGNATURE: /s/ Tracy Buck

Tracy Buck
Acting Program Administrator
Restricted Access Management

ORIGINAL

TALIS J. COLBERG
ATTORNEY GENERAL

Christopher C. Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9807039

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF INVESTMENTS, <br><br> Plaintiff <br><br> v. <br><br> PLAYER, Official Number 1032816, In Rem; NIKITA FEFELOV AND CHRISTINA FEFELOV A.K.A. CHRISTINA NICOLE FEFELOV In Personam, <br><br> Defendants. | IN ADMIRALTY <br><br> Case No. J02-025CV (RRB) <br><br><br> WRIT OF EXECUTION |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On May 4, 2003, this court entered a judgment in favor of the State of

Alaska as Judgment Creditor, and against Christina Fefelov a.k.a.Christina Nicole

WRIT OF EXECUTION                                                          Page 1

Fefelov and Nikita Fefelov as Judgment Debtors on the first promissory note, for

$ 241,139.36 principal;
$ 2,358.20 attorneys fees;
$ 175,683.49 interest;
$ 17,604.96 costs;
Less $ 53,000 bid price of the PLAYER;
for a total amount of $ 383,786.01 JUDGMENT AS ENTERED.

WHEREAS, according to an affidavit filed herein, it appears that further sums have accrued since the entry of judgment as follows:

$ 1,042.53 accrued pre-judgment interest, computed at 10.5%; and

$ 18,846.27 accrued post-judgment interest, computed at 1.25%.

The Following payments have been made toward this judgment:

$ 6,207.68 in the form of an EXXON Valdez Oil Spill (EVOS) assignments.

$ 7,924.24 in the form of PFD assignments.

$ 2,638.24 in the form of wage garnishments.

$ 386,904.65 DUE ON April 5, 2007, the date of the request for issuance of this writ, of which $ 386,904.65 is due on the judgment as entered, and bears interest at 1.25% per annum in the amount of $ 13.25 PER DAY, from the date of the request for issuance of this writ, which must be added to the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon, seize debtor Nikita Fefelov's

Individual Fishing Quotas (IFQs) that are sufficient, subject to execution, to satisfy the judgment, interest, and costs and then sell the property according to law. Debtor Nikita Fefelov's IFQs are located with Tracy Buck, Acting Administrator, National Marine Fisheries Service, Restricted Access Management Program (RAM), at 709 West 9th Street Juneau AK 99802 Room 713. Debtor Nikita Fefelov's IFQs are to be transferred to the U.S. Marshal and held in the U.S. Marshal's safe until the execution sale date. If sufficient personal property cannot be found, then you are further commanded to realize the amount of the judgment, interests, and costs out of the debtors real property.

DATED *April 26, 2007*

IDA ROMACK,
CLERK OF COURT

[SEAL]

By: _____
Deputy Clerk

WRIT OF EXECUTION                                                                   Page 3

**UNITED STATES DEPARTMENT OF COMMERCE**
National Oceanic and Atmospheric Administration
*National Marine Fisheries Service*
*P.O. Box 21668*
*Juneau, Alaska 99802-1668*

May 7, 2007

**Transfer Number: 20072**

COPY

Dear Quota Share Transferor/Transferee:

Restricted Access Management (RAM) of the Alaska Region, NOAA Fisheries Service has **approved** your application to transfer, by operation of law, the Quota Share (QS) and/or Individual Fishing Quota (IFQ) identified below. Please note that this letter simply verifies that fact, it is not intended to inform you of the current remaining IFQ balance(s) assigned to either party.

**Quota Shares**

31,278 units, identified as S-CG-C-B, including quota shares: 76028721 through 76059998

**Associated Individual Fishing Quota**

3,057 pounds, for the current year.
Plus 185 of underage from the prior year.

These harvest privileges have transferred as follows:

| From (Transferor) | To (Transferee) |
|---|---|
| FEFELOV, NIKITA | UNITED STATES MARSHALL DISTRICT OF ALASKA |
| REDACTED   REDACTED | 222 WEST 7TH AVE #28 |
|  | ANCHORAGE, AK 99513 |

This transfer approval is the result of the following:
NOTICE OF LEVY BY A COURT WRIT CASE NO. J02-025CV (RRB)

This transfer is effective immediately. The Transferor's QS Certificate has been voided, and a new QS Certificate has been issued in the name of the Transferee.

Please contact our office [(800-304-4846 or (in Juneau) 586-7202)] if you have any questions about this transaction.

By Direction of the
**Alaska Regional Administrator**
NOAA Fisheries (National Marine Fisheries Service)

By: _____
Program Administrator
Restricted Access Management Program



# Quota Share Certificate

## UNITED STATES MARSHALL DISTRICT OF ALASKA

**Person ID 46024**



is the holder of the following designated Quota Shares:

**31,278 Units, designated as:**

S-CG-C-B-76,028,721 through S-CG-C-B-76,059,998

This certificate is a Quota Share Permit, issued under the provisions of the Pacific halibut and sablefish Individual Fishing Quota program, as promulgated by the Secretary of the U. S. Department of Commerce. This permit entitles the holder to all privileges and responsibilities under the terms of the Individual Fishing Quota programs, as set out in 50 CFR, Part 679.

No interest has been asserted to NMFS in these Quota Shares.

Interest released: _____
                   (Print Name and Title)

_____
Date            Signature



By Direction of
**Alaska Regional Administrator**
NOAA Fisheries (National Marine Fisheries Service)
Issued By: Restricted Access Management Program
Issue Date:    May 7, 2007