Christopher Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99801
Telephone: (907)465-2173
Facsimile:  (907)465-2539
email chris.poag@alaska.gov
Attorney for State of Alaska
Alaska Bar No. 9807039

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMERCE, COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF INVESTMENTS,<br><br>          Plaintiff<br>v.<br><br>PLAYER, Official Number 1032816, In Rem; NIKITA FEFELOV AND CHRISTINA FEFELOV A.K.A CHRISTINA NICOLE FEFELOV<br><br>          Defendants. | IN ADMIRALTY<br><br>Case No. J02-025CV (RRB) |

**MOTION FOR RELEASE OF FUNDS**

The State of Alaska, Department of Community and Economic Development, Division of Investments on October 14, 2003 obtained a writ of execution for garnishment of wages against the Defendant Christina Fefelov a.k.a. Christina Nicole Fefelov. As of January

1  29, 2008 the court is holding garnishments in the total amount of $715.49. The Plaintiff

2  requests that the check in the amount of $715.49 be released to State of Alaska, Department of

3  Law, P.O. Box 110300, Juneau Alaska, 99811, Attn: Anne-Marie Palumbo.

4  Dated this 30th day of January, 2008.

TALIS J. COLBERG
ATTORNEY GENERAL

By  *(signature)*

Christopher Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99801
Telephone: (907)465-2173
Facsimile:  (907465-2539
email chris.poag@alaska.gov
Attorney for State of Alaska,
Alaska Bar No. 9807039

1  **Certificate of Service**

2  I hereby certify that on January 30, 2008
   a copy of the foregoing document was served via USPS
3  to the following parties of record:

4  Christina Fefelov
   P.O. Box 5111
5  Nikolaevsk, AK 99556

6

7  _____
   s/Jean Erickson
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  MOTION FOR RELEASE OF FUNDS                                    Page 3 of 3
    *State of Alaska DOCED Div. of Investments v. Nikita and Christina Fefelov*
    Case no. J02-025CV(RRB)