Christopher Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99801
Telephone: (907)465-2173
Facsimile: (907)465-2539
email chris.poag@alaska.gov
Attorney for State of Alaska
Alaska Bar No. 9807039

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMERCE, COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF INVESTMENTS, <br><br> Plaintiff <br> v. <br><br> PLAYER, Official Number 1032816, In Rem; NIKITA FEFELOV AND CHRISTINA FEFELOV A.K.A CHRISTINA NICOLE FEFELOV <br><br> Defendants. | IN ADMIRALTY <br><br> Case No. J02-025CV (RRB) |

**MOTION FOR RELEASE OF FUNDS**

The State of Alaska, Department of Community and Economic Development, Division of Investments on October 14, 2003 obtained a writ of execution for garnishment of wages against the Defendant Christina Fefelov a.k.a. Christina Nicole Fefelov. As of August 1,

1  2008 the court is holding garnishments in the total amount of $549.95. The Plaintiff requests
2  that the check in the amount of $549.95 be released to State of Alaska, Department of Law,
3  P.O. Box 110300, Juneau Alaska, 99811, Attn: Anne-Marie Palumbo.
4      Dated this 1st[th] day of August, 2008.

        TALIS J. COLBERG
        ATTORNEY GENERAL

    By  *[signature]*
        Christopher Poag
        Assistant Attorney General
        Office of the Attorney General
        P.O. Box 110300
        Juneau, Alaska 99801
        Telephone: (907)465-2173
        Facsimile: (907465-2539
        email chris.poag@alaska.gov
        Attorney for State of Alaska,
        Alaska Bar No. 9807039

MOTION FOR RELEASE OF FUNDS                                                     Page 2 of 3
*State of Alaska DOCED Div. of Investments v. Nikita and Christina Fefelov*
Case no. J02-025CV(RRB)

1  **Certificate of Service**

2  I hereby certify that on August 1, 2008
   a copy of the foregoing document was mailed via USPS
3  to the following parties of record:

4  Christina Fefelov
   P.O. Box 5111
5  Nikolaevsk, AK 99556

6

7  _____

8  s/Anne-Marie Palumbo

MOTION FOR RELEASE OF FUNDS                                                Page 3 of 3
*State of Alaska DOCED Div. of Investments v. Nikita and Christina Fefelov*
Case no. J02-025CV(RRB)