Christopher Poag
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99801
Telephone: (907)465-2173
Facsimile: (907)465-2539
email chris.poag@alaska.gov
Attorney for State of Alaska
Alaska Bar No. 9807039

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMERCE, COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF INVESTMENTS,<br><br>  Plaintiff<br>v.<br><br>PLAYER, Official Number 1032816, In Rem; NIKITA FEFELOV AND CHRISTINA FEFELOV A.K.A CHRISTINA NICOLE FEFELOV<br><br>  Defendants. | IN ADMIRALTY<br><br>Case No. J02-025CV (RRB) |

**ORDER TO RELEASE FUNDS**

This matter has come before the Court upon motion of the State of Alaska, to release funds in the amount of $549.95 from the garnishment of Defendant, Christina Fefelov a.k.a Christina Nicole Fefelov's wages.

1   THEREFORE, IT IS ORDERED that the Clerk of Court release a check in the

2   amount of $549.95 to:

3   State of Alaska
    Department of Law
4   P.O. Box 110300
    Juneau Alaska, 99811
5   Attn: Anne-Marie Palumbo

6

7   DATED this _____ day of _____, 2008, at _____, Alaska.

8

9   _____
10          United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER TO RELEASE FUNDS                                                Page 2 of 2
*State of Alaska DCCED Div. of Investments v. Nikita and Christina Fefelov*
Case No. J02-025CV(RRB)